**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILFRANCE DALBERISTE,

    Petitioner,

-vs-                                    Case No. 8:05-cv-1857-T-30TBM

DISTRICT DIRECTOR, I.N.S.,
DAVID VENTURELLA, DIRECTOR,
HQPD UNIT (I.N.S.), JAMES W. ZIGLAR,
COMMISSIONER I.N.S., and
ALBERTO GONZALES, ATTORNEY
GENERAL,

    Respondents.
_____/

## ORDER

Petitioner, a Bureau of Immigration and Customs Enforcement detainee proceeding *pro se*,[1] initiated these proceedings by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner did not, however, pay the $5.00 filing fee or file a request to proceed *in forma pauperis*, one of which is required to be done within thirty days of the commencement of the action. *See* Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida.

---

[1] Petitioner is cautioned that although he is appearing *pro se*, he is required to comply with the Local Rules of the Middle District of Florida and the Federal Rules of Civil Procedure. Failure to do so could result in sanctions, including dismissal of the claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, Petitioner must also provide a self-addressed envelope with $3.95 postage affixed thereto. The Local Rules measure 8 1/2" x 11" x 1/2". A copy of the Local Rules may be found in the facility's Law Library.

This matter will not proceed until the filing fee has been paid or a determination has been made by the Court to waive it based on a finding that Petitioner is indigent and entitled to proceed *in forma pauperis*.

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner shall, on or before November 14, 2005, either submit the $5.00 filing fee or complete and file the **enclosed** Affidavit of Indigency.

2. The **Clerk** shall enclose an Affidavit of Indigency form in the envelope with Petitioner's copy of this Order.

3. Failure to comply with this order within the allotted time may result in the **dismissal** of this action **without further notice**.

**ORDERED** in Tampa, Florida, on  Oct. 31 , 2005.

THOMAS B. McCOUN, III
UNITED STATES MAGISTRATE JUDGE

SA:jsh
Copy to: *Pro se* Petitioner