# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WILFRANCE DALBERISTE,

    Petitioner,

-vs-                                    Case No. 8:05-cv-1857-T-30TBM

DISTRICT DIRECTOR, I.N.S.,
DAVID VENTURELLA, DIRECTOR,
HQPD UNIT (I.N.S.), JAMES W. ZIGLAR,
COMMISSIONER I.N.S., and
ALBERTO GONZALES, ATTORNEY
GENERAL,

    Respondents.
_____/

## ORDER

THIS matter comes before the Court for review upon notification by the Clerk that Petitioner inquired about the status of this case by telephone on January 5, 2006. On October 31, 2005, Petitioner was ordered to either pay the $5.00 filing fee or file an Affidavit of Indigency seeking leave to proceed *in forma pauperis* on or before November 14, 2005 (Dkt. 3). Petitioner filed an <u>unsigned</u> AOI on November 21, 2005 (Dkt. 4). Petitioner must correct this deficiency before this matter may proceed.

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's request to proceed *in forma pauperis* is **DENIED** (Dkt. 4).

2. The **Clerk** shall enclose an Affidavit of Indigency form in the envelope with Petitioner's copy of this Order.

3. Petitioner shall, on or before January 30, 2006, either submit the $5.00 filing fee or properly complete and file the **enclosed** Affidavit of Indigency.

4. Failure to comply with this Order within the allotted time may result in the **dismissal** of this action **without further notice**.

**ORDERED** in Tampa, Florida, on ___1/19/06___, ~~2006~~.

_____
THOMAS B. McCOUN, III
UNITED STATES MAGISTRATE JUDGE

SA:jsh
Copy to: *Pro se* Petitioner