**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WILFRANCE DALBERISTE,

    Petitioner,

-vs-                                                          Case No. 8:05-cv-1857-T-30TBM

DISTRICT DIRECTOR, I.N.S.,
DAVID VENTURELLA, DIRECTOR,
HQPD UNIT (I.N.S.), JAMES W. ZIGLAR,
COMMISSIONER I.N.S., and
ALBERTO GONZALES, ATTORNEY
GENERAL,

    Respondents.
_____/

**ORDER**

THIS cause comes before the Court for consideration of Petitioner's Request to Dismiss the Petition Without Prejudice Immediately. Rule 41 provides, in pertinent part, that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." Rule 41(a)(1), Fed. R. Civ. P. No responsive pleading or dispositive motion has been filed in these proceedings.

Accordingly, the Court orders that this action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1). The Clerk shall enter judgment accordingly, terminate all pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 6, 2006.

                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
*Pro se* Petitioner

SA:jsh